UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JEANETTE STEELE,**
        Plaintiff,

                                    Civil No.**08-12666**
                                    Hon. John Feikens

        v.

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 8/13/2009, and Plaintiff's Objections, filed on 8/21/2009;

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                      **s/John Feikens**
                                                      John Feikens
                                                      United States District Judge

Dated:  September 16, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 16, 2009.

s/Carol Cohron
Deputy Clerk